Daniel M. Cislo, No. 125,378
Peter S. Veregge, No. 155,769
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Fax: (310) 394-4477
 danielcislo@cislo.com
 pveregge@cislo.com

Jeffrey A. Babener, No. 59099
BABENER & ASSOCIATES
121 S.W. Morrison, Suite 1020
Portland, OR 97204-3140
Telephone: (503) 226-6600
Fax: (503) 226-4290

Attorneys for Plaintiffs,
ENAGIC CO., LTD. and ENAGIC USA, INC.

Scott W. Wellman, SBN 82897
Derek Banducci, SBN 252124
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Telephone: (949) 580-3737
Fax: (949) 580-3738
 swellman@w-wlaw.com
 derek@w-wlaw.com

Attorneys for Defendants/Counterclaimants
RICHARD CABADOS and EARTH TRADE WATER, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENAGIC USA, INC., a California corporation, ENAGIC CO. LTD., a Japanese corporation<br><br>    Plaintiffs,<br>vs.<br><br>Richard Cabados, an individual, dba EarthTrade Water and/or LIFE Ionizers, Earth Trade Water, Inc., a California corporation, and DOES 1-9 inclusive,<br><br>    Defendants. | **CASE NO. CV 09-101 PA (SHx)**<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>NOTE: CHANGES MADE BY THE COURT |

# ORDER OF DISMISSAL

The parties, Plaintiffs Enagic USA, Inc. and Enagic Co. Ltd. and Defendants Richard Cabados and Earth Trade Water, Inc., have entered into a confidential settlement agreement ("Agreement"), and through counsel have stipulated that this action be dismissed in its entirety, including the counterclaims, with prejudice, with each party bearing its own attorneys fees and costs, except as may be provided for in the Agreement. ~~The parties have further stipulated that the Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Agreement between the parties.~~

Therefore, this Court hereby orders this action to be dismissed in its entirety, including the counterclaims, with prejudice, with each party bearing its own attorneys fees and costs, except as may be provided for in the Agreement. ~~The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the Agreement between the partie~~s.

IT IS SO ORDERED,

Dated: \_\_\_June 20\_\_\_, 2009

_____
The Honorable Percy Anderson
United States District Court Judge

T:\08-21956\Order for dismissal v. 2.DOC